UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-00406-KK-SSC                    Date: May 12, 2026

Title      Armen Akopovich Tsarukyan v. Kristi Noem, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **ORDER**

On February 5, 2026, the District Judge granted Petitioner's application for a temporary restraining order (TRO), ordered his release, and enjoined his future re-detention without providing him a pre-detention hearing before a neutral decisionmaker where Respondents bear the burden of demonstrating by clear and convincing evidence that Petitioner is a flight risk or a danger such that his physical custody is required.  (ECF 10.)  On March 4, 2026, the District Judge granted Petitioner's request for a preliminary injunction and enjoined Respondents from detaining Petitioner without first providing him notice and a pre-deprivation hearing before a neutral decisionmaker, at which Respondents must demonstrate a material change in circumstances that justifies detention.  (ECF 14.)

Thus, no later than **May 18, 2026**, the parties should file a stipulated order and proposed judgment granting the 28 U.S.C. § 2241

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:26-cv-00406-KK-SSC                    Date: May 12, 2026

Title        Armen Akopovich Tsarukyan v. Kristi Noem, et al.

petition on the same grounds and under the same terms as the District Judge's ruling on the TRO and preliminary injunction, with all appellate rights reserved.  *See Ranchers Cattlemen Action Legal Fund United Stockgrowers of Am. v. U.S. Dep't of Agr.,* 499 F.3d 1108, 1114 (9th Cir. 2007); *see also Gonzalez v. Arizona,* 677 F.3d 383, 389 n.4 (9th Cir. 2012) (en banc).  If for any reason the parties cannot comply with that instruction, they shall file a joint status report no later than **May 18, 2026,** explaining why and proposing dates for a prompt status hearing with the Court.

**IT IS SO ORDERED.**

                                                                                    :

                                                        Initials of Preparer        **ts**