JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN AKOPOVICH TSARUKYAN,<br>Petitioner,<br>v.<br>KRISTI NOEM, et al.,<br>Respondents. | Case No. 5:26-cv-00406-KK-SSC<br><br>JUDGMENT |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting Petitioner's Ex Parte Application for Temporary Restraining Order (Dkt. No. 10), and Respondents are ENJOINED from re-detaining Petitioner

///

///

///

under 8 U.S.C. § 1231(a)(6) unless and until Respondents follow the procedural safeguards set forth in 8 C.F.R. §§ 241.4, 241.13, and all other relevant applicable statutes and regulations.

Dated: September 14, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge